THOMAS L. MESSICK v. RACHEL WIGENT ET AL.

FILED OCTOBER 3, 1893. No. 4764.

Summons: TIME OF SERVICE: FORCIBLE DETAINER: JURISDIC-
TION OF COUNTY COURT. A summons in an action of forcible
detainer, issued and served three days prior to the day appointed
for trial, including the day of service, is sufficient to confer ju-
risdiction over the person of the defendant.

ERROR from the district court of Valley county. Tried below before HARRISON, J.

*E. J. Clements*, for plaintiff in error.

*A. Norman, V. H. Stone*, and *E. M. Coffin*, contra.

NORVAL, J.

This is an action of forcible detainer brought by defendants in error in the county court. A summons was issued on December 24, 1890, returnable on the 27th day of the same month at 10 o'clock A. M., which was served on the day of its date. On the return day the defendant

made a special appearance, objecting to the jurisdiction of
the court over his person, for the reason that the summons.
had not been issued and served three days before the day
of trial.   The objection was overruled, and the defendant
refusing to appear further, judgment of ouster was rendered
against him.   The district court affirmed the judgment.

It is claimed that the summons was not issued and
served a sufficient length of time prior to the day of trial.
A similar question was presented to this court and consid-
ered in *White v. German Ins. Co.*, 15 Neb., 660, and it was.
there held that in an action before a justice of the peace,
where the summons is served three days before the time.
set for trial, including the day of service, it is sufficient to
confer jurisdiction.    That decision was based upon section
911 of the Code, which declares that " the summons must
be returnable not more that twelve days from its date, and
must, unless accompanied with an order to arrest, be served
at least three days before the time of appearance," etc.

The foregoing provisions control the service of summons
in justice courts in ordinary actions.    The law governing
the issuing and service of summons in forcible detainer
cases is found in section 1024 of the Code, which reads as
follows :  "The summons shall be issued and directed, shall
state the cause of the complaint, the time and place of trial,
and shall be served and returned as in other cases.    Such
service shall be three days before the day of trial appointed
by the justice."    It will be observed that the provisions of
the section relating to the length of time the summons shall
be served before the trial are substantially the same as those
found in section 911 above quoted.   It follows that to
adopt the construction contended for by plaintiff in error
would, in effect, overrule the decision in *White v. German
Ins. Co.*, *supra*.    That case has been adhered to too long
to now change the rule there announced.    We therefore
hold that a summons in an action of forcible entry and de-
tainer, issued and served three days before the day ap-

pointed for trial, including the day of service, is sufficient to confer jurisdiction.   The judgment is

AFFIRMED.

THE other judges concur.